UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

EUNICE CAROL WALLS                 CASE NUMBER:   03-35590
SSN: xxx-xx-2038                       CHAPTER 13
Debtor

### NOTICE TO DIRECT MERCHANT'S CREDIT CARD BANK THAT $267.92 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Direct Merchant's Credit Card Bank, creditor herein, and deposits $267.92 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Direct Merchant's Credit Card Bank was:

   Cardholder Services
   P. O. Box 43730
   Baltimore, MD 21236-0730

2. That several of the Standing Chapter 13 Trustee's disbursement checks have been returned with a "Unable to Forward" stamped on the front of the envelope by the Postmaster;

3. Subsequent attempts to locate this creditor were fruitless;

4. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: June 9, 2010

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on June 9, 2010

By U.S. Mail postage prepaid
Debtor: Eunice Carol Walls, 3020 W. Huron Street, South Bend, IN 46619
Creditor: Direct Merchant's Credit Card Bank, P. O. Box 43730, Baltimore, MD 21236-0730

By electronic mail via CM/ECF:
Debtor's Attorneys: Jennifer Prokop, Neil E. Holbrook, William L. Hoehner
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King